

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-15-00544-CV

Juan J. **VILLARREAL**,
Appellant

v.

Roberto **JIMENEZ**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 12-10-00348CVF
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant Juan J. Villarreal appeals a final judgment signed June 11, 2015. The clerk's record does not include any timely motion that would have extended appellant's deadline for filing the notice of appeal. *See* TEX. R. CIV. P. 329b(g); TEX. R. APP. P. 26.1(a). Thus, the notice of appeal was due July 13, 2015 (July 11, 2015, the actual due date, was a Saturday), or a motion for extension of time to file the notice of appeal was due fifteen days later on July 27, 2015 (July 26, 2015, the actual due date, was a Sunday). *See* TEX. R. APP. P. 26.1, 26.3. Appellant did not file a timely notice of appeal or a timely motion for extension of time to file the notice of appeal. However, on September 1, 2015, appellant filed a notice of appeal.

After appellant filed his notice of appeal, appellee Roberto Jimenez filed a motion to dismiss the appeal for want of jurisdiction. Appellee asserts in his motion that the notice of appeal is untimely. It appears appellee is correct.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

We therefore **ORDER** appellant to file in this court on or before **November 2, 2015**, a written response showing cause why we should not grant appellee's motion and dismiss the

appeal for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, appellee's motion will be granted and the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). If a supplemental clerk's record is required, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2015.

_____
Keith E. Hottle
Clerk of Court